

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Richard Dee Perry, Appellant

No. 06-21-00076-CR          v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 29017). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Carter* participating.     *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the bill of costs by deleting the time payment fee of $15.00 and to reflect total court costs of $290.00.  We modify the trial court's judgment to reflect court costs of $290.00.  As modified, we affirm the trial court's judgment.

We note that the appellant, Richard Dee Perry, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED APRIL 12, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk